## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORGE UNDERWRITING LIMITED, ASPEN SYNDICATE 4711, MARKEL BERMUDA, LIMITED, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, ARCH INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | C.A. No: _____ |

**DEFENDANTS FORGE UNDERWRITING LIMITED AND ASPEN SYNDICATE 4711'S MOTION FOR LEAVE TO FILE UNDER SEAL "EXHIBIT 1" TO THEIR NOTICE OF REMOVAL**

Defendants Forge Underwriting Limited ("Forge") and Aspen Syndicate 4711 ("Aspen", and together with Forge, "Underwriters"), by and through their undersigned attorneys, seek leave to file under seal "Exhibit 1" to their concurrently filed Notice of Removal pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule of Civil Practice and Procedure 5.1.3. In support of their motion, Underwriters state as follows:

1. On April 1, 2022, Plaintiff AmTrust Financial Services, Inc. ("AmTrust") filed a Complaint (the "Complaint") with Exhibits A through GG and related documents in the Superior Court of Delaware. The Superior Court case is captioned *AmTrust Financial Services, Inc. v. Forge Underwriting Limited, et al.*, Case No. N22C-04-010 MMJ CCLD.

2.	AmTrust's counsel represented that the Complaint and Exhibits Y, AA, BB and GG thereto contain confidential information and therefore filed them under seal in the Superior Court case consistent with Superior Court Civil Rule 5(g).

3.	Concurrently with the filing of this Motion, Underwriters filed a Notice of Removal, removing the action filed in the Superior Court of Delaware to the United States District Court for the District of Delaware. Underwriters attached to their Notice of Removal all process, pleadings and orders (and portions thereof) that were filed on the public docket in the Superior Court case. Underwriters now seek leave to file under seal as "Exhibit 1" to their Notice of Removal the Complaint and Exhibits Y, AA, BB and GG thereto, which AmTrust filed under seal in the Superior Court case.

4.	Because AmTrust filed the Complaint and Exhibits Y, AA, BB and GG thereto under seal in the Superior Court case pursuant to Superior Court Civil Rule 5(g) and the documents remain under seal without allowing for disclosure, Underwriters respectfully submit that good cause exists to allow them to file "Exhibit 1" to their Notice of removal under seal with this Court. In addition, good cause exists because Exhibits Y and AA contain personal data identifiers, financial account information and/or individual financial information, which is sensitive, confidential information subject to privacy protections under Federal Rule 5.2, Local Rule 5.1.3 and Section (I) of the Administrative Procedures Governing Filing and Service by Electronic Means.

5.	Underwriters will file a public version of "Exhibit 1" to their Notice of Removal, with only the confidential information redacted, no later than seven days of this motion being granted. Underwriters request that "Exhibit 1" to their Notice of Removal as originally filed remain under seal.

WHEREFORE, for the foregoing reasons, Underwriters respectfully request leave to file "Exhibit 1" to their Notice of Removal under seal.

Dated: September 15, 2022

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE  19806
302-655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:

Edward J. Kirk
Scott W. Schwartz
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Tel: 212-710-3900
Fax: 212-710-3950

*Attorneys for Defendants Forge Underwriting Limited and Aspen Syndicate 4711*