# EXHIBIT 4

## To Notice of Removal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORGE UNDERWRITING LIMITED, ASPEN SYNDICATE 4711, MARKEL BERMUDA, LIMITED, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, ARCH INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | C.A. No: _____ |

## CONSENT TO NOTICE OF REMOVAL

Defendant ARCH INSURANCE COMPANY hereby consents to the Notice of Removal being filed by defendants Forge Underwriting Limited and Aspen Syndicate 4711 removing this action from the Superior Court for the State of Delaware, Case No. N22C-04-010 MMJ CCLD, to the United States District Court for the District of Delaware.

DATED this 6th day of June, 2022.

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Robert J. Katzenstein*
Robert J. Katzenstein (No. 378)
Julie M. O'Dell (No. 6191)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
jmo@skjlaw.com

*Attorneys for Defendant Arch Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORGE UNDERWRITING LIMITED, ASPEN SYNDICATE 4711, MARKEL BERMUDA, LIMITED, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, ARCH INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> C.A. No: _____ <br> : <br> : <br> : <br> : |

**CONSENT TO NOTICE OF REMOVAL**

Defendant ALLIANZ GLOBAL US RISKS INSURANCE COMPANY hereby consents to the Notice of Removal being filed by defendants Forge Underwriting Limited and Aspen Syndicate 4711 removing this action from the Superior Court for the State of Delaware, Case No. N22C-04-010 MMJ CCLD, to the United States District Court for the District of Delaware.

DATED this 15th of September, 2022.

LEWIS BRISBOIS BISGAARD
& SMITH LLP

/s/ *Ciro Poppiti III / S.S.*

Ciro C. Poppiti, III
Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
(302) 985-6000
Ciro.Poppiti@LewisBrisbois.com
Francis.Pileggi@LewisBrisbois.com
*Attorneys for Allianz Global US Risks Insurance Company*