## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC., <br><br>                 Plaintiff, <br><br>     v. <br><br> FORGE UNDERWRITING LIMITED, ASPEN SYNDICATE 4711, MARKEL BERMUDA LIMITED, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, ARCH INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and U.S. SPECIALTY INSURANCE COMPANY, <br><br>              Defendants. | C.A. No. 22-1210-GBW |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
### WITH PREJUDICE OF CLAIMS AGAINST ARCH INSURANCE COMPANY

Plaintiff AmTrust Financial Services, Inc. ("AmTrust") and Defendant Arch Insurance Company ("Arch"), by and through undersigned counsel and subject to approval of the Court, hereby STIPULATE AND AGREE that all claims against Arch in the above-captioned action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

[Signatures on next page.]

1

Dated: June 9, 2023

**BERGER HARRIS LLP**

*/s/ David J. Baldwin*_____
David J. Baldwin (DE ID No. 1010)
Peter C. McGivney (DE ID No. 5779)
1105 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel.: (302) 655-1140
Fax: (302) 655-1131
dbaldwin@bergerharris.com
pmcgivney@bergerharris.com

*Attorneys for Plaintiff AmTrust Financial Services, Inc.*

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Robert J. Katzenstein*_____
Robert J. Katzenstein (DE ID No. 378)
Julie M. O'Dell (DE ID No. 6191)
The Brandywine Building
1000 North West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
jmo@skjlaw.com

*Attorneys for Defendant Arch Insurance Company*

IT IS SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Gregory B. Williams

2