### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORGE UNDERWRITING LIMITED, ASPEN SYNDICATE 4711, MARKEL BERMUDA LIMITED, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, ARCH INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | C.A. No. 22-1210-MN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF CLAIMS AGAINST ALLIANZ GLOBAL US RISKS INSURANCE COMPANY**

Plaintiff AmTrust Financial Services, Inc. ("AmTrust") and Defendant Allianz Global US Risks Insurance Company ("Allianz"), by and through undersigned counsel and subject to approval of the Court, hereby STIPULATE AND AGREE that all claims against Allianz in the above-captioned action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

[Signatures on next page.]

Dated: December 8, 2023

| **BERGER MCDERMOTT LLP** | **LEWIS BRISBOIS** |
| | **BISGAARD & SMITH LLP** |
| */s/ David J. Baldwin* | */s/ Aimee M. Czachorowski* |
| David J. Baldwin (DE ID No. 1010) | Ciro C. Poppiti, III (No. 4905) |
| Peter C. McGivney (DE ID No. 5779) | Aimee M. Czachorowski (No. 4670) |
| 1105 N. Market Street, 11th Floor | 500 Delaware Avenue, Suite 700 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel.: (302) 655-1140 | (302) 985-6000 |
| Fax: (302) 655-1131 | Ciro.Poppiti@LewisBrisbois.com |
| dbaldwin@bergermcdermott.com | Aimee.Czachorowski@LewisBrisbois.com |
| pmcgivney@bergermcdermott.com | Karen.Poppel@LewisBrisbois.com |
| | |
| *Attorneys for Plaintiff AmTrust Financial Services, Inc.* | *Attorneys for Defendant Allianz Global US Risks Insurance Company* |

IT IS SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Maryellen Noreika