### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORGE UNDERWRITING LIMITED, ASPEN SYNDICATE 4711, MARKEL BERMUDA LIMITED, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, ARCH INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | C.A. No. 22-1210-MN |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF CLAIMS AGAINST ASPEN SYNDICATE 4711

Plaintiff AmTrust Financial Services, Inc. ("AmTrust") and Defendant Aspen Syndicate 4711 ("Aspen"), by and through undersigned counsel and subject to approval of the Court, hereby STIPULATE AND AGREE that all claims against Aspen in the above-captioned action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

[Signatures on next page.]

1

Dated: December 8, 2023

| | |
|---|---|
| **BERGER MCDERMOTT LLP** | **PHILLIPS MCLAUGHLIN & HALL, P.A.** |
| */s/ David J. Baldwin* | */s/ John C. Philips, Jr.* |
| David J. Baldwin (DE ID No. 1010) | John C. Phillips, Jr. (No. 110) |
| Peter C. McGivney (DE ID No. 5779) | David A. Bilson (No. 4986) |
| 1105 N. Market Street, 11th Floor | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 655-1140 | (302) 655-4200 |
| | |
| *Attorneys for Plaintiff AmTrust Financial Services, Inc.* | *Attorneys for Defendant Aspen Syndicate 4711* |

IT IS SO ORDERED this 11th day of December 2023.

_____
The Honorable Maryellen Noreika
United States District Judge