IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMTRUST FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORGE UNDERWRITING LIMITED, ASPEN SYNDICATE 4711, MARKEL BERMUDA LIMITED, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, ARCH INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and U.S. SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | C.A. No. 1:22-cv-01210-SRF |

**STIPULATION AND [PROPOSED] ORDER EXTENDING STAY
PENDING RESOLUTION OF MOTION TO DISMISS**

Plaintiff AmTrust Financial Services, Inc. ("AmTrust") and Defendant Forge Underwriting Limited ("Forge"), by and through undersigned counsel, hereby STIPULATE AND AGREE, subject to the approval of the Court, that the stay of this case entered on August 16, 2023, is extended pending resolution of Forge's Motion to Dismiss (DI # 41).

[Signature on next page.]

Dated: February 26, 2024

| **BERGER MCDERMOTT LLP** | **PHILLIPS, MCLAUGHLIN & HALL, P.A.** |
|---|---|
| */s/ David J. Baldwin* | */s/ David A. Bilson* |
| David J. Baldwin (DE ID No. 1010) | John C. Phillips, Jr. (No. 110) |
| Peter C. McGivney (DE ID No. 5779) | David A. Bilson (No. 4986) |
| 1105 N. Market Street, 11th Floor | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| Wilmington, DE 19801 | 1200 N. Broom Street |
| Tel.: (302) 655-1140 | Wilmington, DE 19806 |
| Fax: (302) 655-1131 | 302-655-4200 |
| dbaldwin@bergermcdermott.com | jcp@pmhdelaw.com |
| pmcgivney@bergermcdermott.com | dab@pmhdelaw.com |
| OF COUNSEL | OF COUNSEL |
| Tamara D. Bruno | Scott W. Schwartz |
| tamara.bruno@pillsburylaw.com | Edward J. Kirk |
| Peter M. Gillon | CLYDE & CO US LLP |
| peter.gillon@pillsburylaw.com | The Chrysler Building |
| Two Houston Center 909 Fannin, Suite 2000 | 405 Lexington Avenue |
| Houston, TX 77010-1018 | New York, New York 10174 |
| Phone: 713.276.7600 | (212)-710-3900 |
| Fax: 713.276.7673 | scott.schwartz@clydeco.us |
| | edward.kirk@clydeco.us |
| *Attorneys for Plaintiff AmTrust Financial Services, Inc.* | *Attorneys for Defendant Forge Underwriting Limited* |

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Sherry R. Fallon